UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THE AUTO CLUB GROUP, | Civil No. 11-2384 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JOEL ANTHONY SOWIEJA, JULIA SCHNEIDER, EMILY ROSE OLSON, CHRISTINA MARIE BLACKSMITH, JEFF OLSON, MEGAN OLSON, AND MELISSA OLSON, | |
| Defendants. | |

_____

Daniel Stahley and Jeannie Provo-Petersen, **PROVO-PETERSEN & ASSOCIATES, PA**, 8649 Eagle Point Boulevard, Lake Elmo, MN 55042, for plaintiff.

M Ryan Madison, **MADISON LAW FIRM, LLC**, 316 East Main Street, Anoka, MN 55303, for Defendant Joel Anthony Sowieja.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated March 8 2012 [Docket No. 4].  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 28, 2012
at Minneapolis, Minnesota                                s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                       United States District Judge